UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:16-M -00126(1) |
| | § | |
| (1) IN THE MATTER OF THE SEARCH OF | § | |
| THE 2306 BLUEBONNET DR. KILLEEN, | | |
| BELL COUNTY, TEXAS | | |

ORDER

Be it remembered that on this the 13th day of May, 2019, came on to be considered the

foregoing Defendant's Motion to Unseal Search Warrant and Affidavit and the Court having

considered the motion, it is therefore ordered that the aforesaid Motion is hereby GRANTED.

Signed this the 13th day of May, 2019 .


_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE
JUDGE